IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00907-PSF-CBS

UNITED STATES OF AMERICA,

        Petitioner,

v.

STEVEN C. PATERSON,

        Respondent.

## FINAL JUDGMENT AND ENFORCEMENT ORDER

Having considered the United States' Petition to Enforce an Internal Revenue Service Summons and the Declaration of Revenue Officer Ann Worth, this Court finds as follows:

1.    The Internal Revenue Service summons was issued to respondent, Steven C. Patterson, for a legitimate purpose – to obtain information concerning the collection of federal tax liability for the periods 2002, 2003, and 2004.

2.    The Internal Revenue Service summons sought testimony and records regarding assets and liabilities of Steven C. Patterson for the periods specified in the summons.

3.    The testimony, records and documents demanded by the Internal Revenue Service summons are not in the possession of the Internal Revenue Service.

4.  The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

5.  As indicated in the Declaration of Service (Doc. 3), the respondent was served on May 23, 2006, with the Order to Show Cause issued by the Court on May 17, 2006 (Doc. 2).

6.  As of this date, the respondent has failed to comply with the IRS summons.

7.  Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the Internal Revenue Service summons.

IT IS THEREFORE ORDERED that Steven C. Patterson shall comply with and obey the Internal Revenue Service summons served upon him by appearing at the Internal Revenue Service office at 10225 Westmoor Drive, Westminster, Colorado 80122 before Revenue Officer Ann Worth, telephone number (303) 431-2772, at a time to be agreed upon by the parties, but not later than **July 21, 2006,** to give testimony and to produce for examination and copying the records, documents, and other data demanded by the attached Internal Revenue Service summons.

Upon entry of this Order, this case shall be closed.

DATED this 21st day of June, 2006.

BY THE COURT:

*s/ Phillip S. Figa*
_____
PHILLIP S. FIGA
UNITED STATES DISTRICT JUDGE